IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | CASE NO. 4:16CR000148HEA |
| v.      ) | |
| ) | |
| THOMAS CARROLL,      ) | |
| ) | |
| Defendant.      ) | |

PROPOSED ORDER GRANTING IMMUNITY TO AMBRY SCHUESSLER

On the motion of Tammy Dickinson, United States Attorney for the Western District of Missouri, David M. Ketchmark, Special Attorney to the United States Attorney General, and Fara Gold, Special Litigation Counsel for the Civil Rights Division, filed in this matter

AND IT APPEARING TO THE SATISFACTION OF THE COURT:

1. That witness Ambry Schuessler has been subpoenaed to testify before this court for the sentencing hearing in the above-referenced matter;

2. That the witness Ambry Schuessler, through counsel, has expressed that she will refuse to testify on the basis of his privilege against self-incrimination;

3. That in the judgment of the United States Attorney for the Western District of Missouri and the prosecutors handling this matter that the testimony from the said Ambry Schuessler is necessary to the public interest; and

4. That the aforesaid motion filed herein has been made with the approval of Robert J. Moossy, Jr., Deputy Assistant Attorney General, Civil Rights Division, United States Department of Justice, pursuant to the authority vested in them by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a).

NOW THEREFORE, IT IS ORDERED that Ambry Schuessler is granted immunity pursuant to 18 U.S.C. §§ 6002-6003 so that no testimony compelled under the order may be used against the witness in any criminal case except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the order, and that she shall give testimony which she refuses to give or provide on the basis of his privilege against self-incrimination, as to all matters about which he may be interrogated before this court during the sentencing hearing on the above-referenced matter.

                                                                                       _____
Honorable Henry Autrey
UNITED STATES DISTRICT JUDGE
Eastern District of Missouri

Dated: _____
      St. Louis, Missouri